**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 703 MAL 2015

:

Respondent    :

:    Petition for Allowance of Appeal from

:    the Order of the Superior Court

v.    :

:

:

:

JUNIE ANTONIO WOFFARD,    :

:

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.